**Order filed October 13, 2022.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-22-00728-CV

---

## IN RE BOBCAT OF HOUSTON, A DIVISION OF BERRY COMPANIES, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-69076**

---

## ORDER

On Tuesday, October 11, 2022, relator Bobcat of Houston, a Division of Berry Companies, Inc. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Cory Don Sepolio, presiding judge of the 269th District Court of Harris County, to do the following: vacate the trial court's February 18, 2022 order finding "substantial likelihood of success" of the

real parties in interest's claim for exemplary damages; vacate the trial court's September 23, 2022 order compelling production of net worth evidence; reverse the trial court's order denying relator's motion to strike the improper evidence submitted by the real parties in interest in support of their motion to compel; and deny the real parties in interest's request for "net worth" discovery against relator.

Relator also has filed a motion for temporary relief. *See* Tex. R. App. P. 52.8(b), 52.10. Relator requests this Court to stay the trial court's order of September 23, 2022 requiring production of net worth evidence by October 14, 2022 pending this Court's consideration of the merits of relator's petition.

It appears from the facts stated in the petition and motion that relator's request for mandamus relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore grant relator's motion for temporary relief and issue the following order:

We order the trial court's September 23, 2022 order requiring production of net worth evidence by October 14, 2022 stayed until a final decision by this Court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the Court requests the real parties in interest, to file a response to the petition for writ of mandamus on or before October 24, 2022. *See* Tex. R. App. P. 52.4.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.

2